Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Specially-Appearing Defendant OLD REPUBLIC TITLE INSURANCE GROUP, INC. and Defendants OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBLIC TITLE COMPANY OF NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2003-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC2,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC., OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; OLD REPUBLIC TITLE COMPANY OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01466-GMN-DJA<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |



**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**
636560.2

Defendants Old Republic National Title Insurance Company ("Old Republic") and Old Republic Title Company of Nevada ("Old Republic Agency") and Specially-Appearing Defendant Old Republic Title Insurance Group, Inc. ("ORTIG") (collectively, "Defendants") and plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2 ("Deutsche Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Deutsche Bank commenced the action by filing a Complaint on August 5, 2021, in the Eighth Judicial District Court for the State of Nevada, Clark County (Case No. A-21-839034-C);

**WHEREAS**, on August 6, 2021, Old Republic filed a Petition of Removal with this Court, based upon diversity jurisdiction (ECF No. 1);

**WHEREAS**, on August 18, 2021, Deutsche Bank served Old Republic Agency with the complaint pursuant to the executed Affidavit of Service filed on August 24, 2021 (ECF No. 7);

**WHEREAS**, on August 25, 2021, Deutsche Bank served Old Republic with the complaint pursuant to the executed Affidavit of Service filed on August 31, 2021 (ECF No. 9);

**WHEREAS**, on August 27, 2021, Deutsche Bank served ORTIG with the complaint pursuant to the executed Affidavit of Service filed on September 1, 2021 (ECF No. 10);

**WHEREAS**, Old Republic Agency's response to the Complaint is due on September 8, 2021;

**WHEREAS**, Old Republic's response to the Complaint is due on September 15, 2021;

**WHEREAS**, ORTIG's response to the Complaint is due on September 17, 2021;

**WHEREAS**, Defendants are requesting an extension of time to respond to the Complaint to afford their counsel additional time to review, analyze and respond to Deutsche Bank's Complaint;

**WHEREAS,** Deutsche Bank has agreed to extend Defendants' time to respond to the Complaint so that all of Defendants' responses to the Complaint are due on or before October 8, 2021; and

**WHEREAS**, this is the first stipulation for an extension of Defendants' time to respond to the complaint.

Now, therefore, the Parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendants shall respond to the complaint on or before October 8, 2021.

2. Defendants intend to preserve their rights and do not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b).

DATED this 7th day of September, 2021

WRIGHT FINLAY & ZAK, LLP

By: /s/-Lindsay D. Robbins
Darren T. Brenner
Nevada State Bar No. 8386
Lindsay D. Robbins
Nevada State Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117

Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS TRUSTEE
FOR MORGAN STANLEY DEAN
WITTER CAPITAL I INC. TRUST
2003-NC2, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES
2003-NC2

DATED this 7th day of September, 2021

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By: /s/-Sophia S. Lau
Scott E. Gizer
Nevada State Bar No. 12216
Sophia S. Lau
Nevada State Bar No. 13365
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148

Attorneys for Specially-Appearing Defendant
OLD REPUBLIC TITLE INSURANCE
GROUP, INC. and Defendants
OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY and OLD
REPUBLIC TITLE COMPANY OF
NEVADA

**ORDER**

**IT IS SO ORDERED:**

Dated: September 8, 2021        By: _____
                                UNITED STATES MAGISTRATE JUDGE



2
STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
636560.2

# CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

>/s/ D'Metria Bolden
> D'METRIA BOLDEN
> An Employee of EARLY SULLIVAN
> WRIGHT GIZER & McRAE LLP