Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Specially-Appearing Defendant OLD REPUBLIC TITLE INSURANCE GROUP, INC. and Defendants OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBLIC TITLE COMPANY OF NEVADA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2003-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC2,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC., OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; OLD REPUBLIC TITLE COMPANY OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01466-GMN-DJA<br><br>**STIPULATION TO STAY CASE PENDING *WELLS FARGO II* APPEAL** |



**STIPULATION TO STAY CASE PENDING *WELLS FARGO II* APPEAL**

636638.4

Plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2 ("Deutsche Bank") and defendants Old Republic National Title Insurance Company and Old Republic Title Company of Nevada and Specially-Appearing Defendant Old Republic Title Insurance Group, Inc. ("Defendants," and with Deutsche Bank, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows, subject to the approval of the District Court:

**WHEREAS,** this is one of several title insurance coverage disputes pending in this district following an HOA foreclosure sale. The case was originally filed in Nevada state court. ECF No. 1. Defendant Old Republic National Title Company ("Old Republic") removed based on diversity jurisdiction. *Id*. Plaintiff filed a motion to remand this matter to the Eighth Judicial District Court and a motion for fees (ECF Nos. 10-11). Old Republic filed its response to Plaintiff's motion to remand (ECF No. 14). Plaintiff filed its reply in support of the motion to remand (ECF No. 16). Defendants' time to file responsive pleadings has not yet expired.

To the extent the Court exercises jurisdiction over this matter, this case, like the majority of HOA title insurance cases pending in this district, concerns the ALTA 1992 loan policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9 Endorsement and either the CLTA 115.1/ALTA 4 Endorsement or the CLTA 115.2/ALTA 5 Endorsement;

**WHEREAS**, one such matter is on appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC) (the "*Wells Fargo II* Appeal"). The Ninth Circuit has scheduled oral argument in that case for October 20, 2021, and the parties anticipate that the Ninth Circuit will issue its decision in the *Wells Fargo II* Appeal soon after that date;

**WHEREAS**, the Parties anticipate that the Ninth Circuit Court of Appeals' decision in the *Wells Fargo II* Appeal will likely touch upon issues regarding the interpretation of the title insurance policy that could potentially affect the disposition of this action, particularly given some of the similarities between the policy at issue in *Wells Fargo II* Appeal and the policy here;

**WHEREAS**, Defendants' time to file responsive pleadings has not yet expired;

1
**STIPULATION TO STAY CASE PENDING *WELLS FARGO II* APPEAL**

636638.4

**WHEREAS**, because the *Wells Fargo II* Appeal has the potential to resolve certain matters at issue in this case, to the extent the Court finds it has jurisdiction to hear this dispute, the Parties stipulate and agree that a stay in this particular case pending the outcome *Wells Fargo II* Appeal is appropriate;

**NOW THEREFORE**, the Parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. The instant action shall immediately be **STAYED** pending the earlier of the disposition of either Plaintiff's motion to remand or the issuance of the mandate pursuant to Fed. R. App. P. 41(a) in the *Wells Fargo II* Appeal.

2. Defendants' deadline to file a responsive pleading arising under Fed. R. Civ. P. 12 and per previous stipulation and order (ECF No. 13) is hereby **VACATED** without any prejudice to any defenses that Defendants might assert under Fed. R. Civ. P. 12. Defendants' deadline to file responsive pleadings will be reset when the stay of this action is lifted.

3. Each of the Parties may request a Fed. R. Civ. P. 26(f) conference at any time 180 days after the order granting this stipulation.

/ / /

/ / /

/ / /

4. By entering into this stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

DATED this 4th day of October, 2021

WRIGHT FINLAY & ZAK, LLP

By: */s/-Lindsay D. Dragon*
   Darren T. Brenner
   Nevada State Bar No. 8386
   Lindsay D. Dragon
   Nevada State Bar No. 13474
   7785 W. Sahara Ave, Suite 200
   Las Vegas, NV 89117

Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2003-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC2

DATED this 4th day of October, 2021

EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP

By: */s/-Sophia S. Lau*
   Scott E. Gizer
   Nevada State Bar No. 12216
   Sophia S. Lau
   Nevada State Bar No. 13365
   8716 Spanish Ridge Ave., Ste. 105
   Las Vegas, NV 89148

Attorneys for Specially-Appearing Defendant OLD REPUBLIC TITLE INSURANCE GROUP, INC. and Defendants OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBLIC TITLE COMPANY OF NEVADA

**IT IS SO ORDERED.**

Dated this __5__ day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



636638.4

3
**STIPULATION TO STAY CASE PENDING *WELLS FARGO II* APPEAL**

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ D'Metria Bolden*
 D'METRIA BOLDEN
 An Employee of EARLY SULLIVAN
 WRIGHT GIZER & McRAE LLP



636638.4

4
**STIPULATION TO STAY CASE PENDING *WELLS FARGO II* APPEAL**